

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00398-CR

ROBERT EVERETT MARDIS III                               APPELLANT

V.

THE STATE OF TEXAS                                        STATE

----------

## FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 1452925D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Robert Everett Mardis III, appearing pro se, attempts to appeal from the trial court's November 20, 2017 judgment adjudicating him guilty of possession of less than one gram of methamphetamine. *See* Tex. Health & Safety Code Ann. § 481.115(b) (West 2017). The trial court sentenced Mardis to twelve months' confinement in state jail pursuant to a plea agreement in which

---

[1]*See* Tex. R. App. P. 47.4.

Mardis pleaded true to the allegations in the State's motion to adjudicate guilt and waived all rights of appeal. The trial court's certification states that "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On December 12, 2017, we notified Mardis that his appeal could be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before December 22, 2017, showing grounds for continuing this appeal. *See* Tex. R. App. P. 25.2(d), 44.3. Mardis did not file a response.

In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 1, 2018

2